Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 19–52510–amk**

**In re:**
   2265 Enterprise East LLC
   1360 East Ninth Street Suite 720
   Cleveland, OH 44114

**Social Security No.:**

**Employer's Tax I.D. No.:**
   47–5639206

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
November 26, 2019 at 2:30 pm
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building,
Akron, OH 44308

To consider and act upon the following matters:

INITIAL CH 11 STATUS CONFERENCE

**Dated:** October 22, 2019            For the Court
Form ohnb187            Josiah C. Sell (Acting), Clerk