## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 19-52510-amk** |
| | ) | |
| | ) | **JUDGE ALAN M. KOSCHIK** |
| **2265 ENTERPRISE EAST, LLC,** | ) | |
| | ) | <u>**NOTICE OF APPEARANCE AND**</u> |
| Debtor. | ) | <u>**REQUEST FOR NOTICE**</u> |
| | ) | |

Now comes Attorney Christina C. Tizzano and hereby enters her appearance in the above captioned action as counsel for James P. Breen. Please direct a copy of any future notice in this matter to the undersigned.

Respectfully submitted,

_/s/Christina C. Tizzano_____
Christina C. Tizzano (0090138)
Chilcote Law Firm LLP
12434 Cedar Road, Suite 7
Cleveland Heights, Ohio 44106
Tel: (216) 795-4117
Fax: (216) 795-4245
christina.tizzano@chilcotelaw.com

*Attorney for James P. Breen*

## CERTIFICATE OF SERVICE

I hereby certify that an accurate and true copy of the foregoing Notice of Appearance and Request for Notice was submitted to the court's electronic filing system this 22nd day of October, 2019, and the following will be served according to such system's electronic delivery:

Thomas W. Coffey
tcoffey@tcoffeylaw.com

Scott R. Belhorn
scott.r.belhorn@usdoj.gov

Respectfully submitted,

_/s/Christina C. Tizzano_____
Christina C. Tizzano (0090138)
Chilcote Law Firm LLP
12434 Cedar Road, Suite 7
Cleveland Heights, Ohio 44106
Tel: (216) 795-4117
Fax: (216) 795-4245
lee.chilcote@chilcotelaw.com
christina.tizzano@chilcotelaw.com

*Attorney for James P. Breen*