**This document was signed electronically on December 1, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated:  December 1, 2019**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-52510 (AMK) |
| | ) | |
| 2265 ENTERPRISE EAST LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge:  ALAN M. KOSCHIK |

### ORDER AUTHORIZING THE DEBTOR TO EMPLOY ROBERT D. BARR, ESQ. AND THE LAW FIRM OF KOEHLER FITZGERALD LLC AS CO-COUNSEL

This matter is before the Court on the application of the Debtor for an order authorizing the employment of Attorney Robert D. Barr ("Attorney Barr") and the law firm of Koehler Fitzgerald LLC (the "Koehler Firm") as co-counsel for the Debtor in the within chapter 11 case.

Upon consideration thereof, the Court finds such application to be well taken, that Attorney Barr and the members and associates of the Koehler Firm are disinterested persons in this case under Title 11 of the U.S. Code, are qualified to act as counsel in this matter, and that authorizing the above-named counsel to serve as the attorneys for the Debtor in this case under

Title 11 of the U.S. Code would be in the best interest of the within estate.

IT IS THEREFORE ORDERED that the application of the Debtor is hereby approved and granted, and Robert D. Barr, Esq., and the law firm of Koehler Fitzgerald LLC are hereby authorized to serve as counsel for the Debtor in this case under Title 11 of the U.S. Code.

IT IS FURTHER ORDERED that no fees or expenses of Robert D. Barr, Esq., and the law firm of Koehler Fitzgerald LLC are to be paid absent further Order of the Court, upon the filing of a fee application.

# # #

**Order Submitted By:**

/s/ Robert D. Barr
Robert D. Barr (#0067121)
KOEHLER FITZGERALD LLC
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: rbarr@koehler.law

Co-Counsel for 2265 Enterprise East LLC

**SERVICE LIST**

**To be served via the Court's Electronic Case Filing System on the entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Thomas W. Coffey, Esq., on behalf of 2265 Enterprise East LLC

Christina Colleen Tizzano, Esq., on behalf of James P. Breen

Scott R. Belhorn, Esq., on behalf of Daniel M. McDermott, United States Trustee for Region 9

2