# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In Re: | CASE NO. 19-52510-amk |
| 2265 ENTERPRISE EAST, LLC, | Chapter 11 |
| Debtor. | JUDGE ALAN M. KOSCHIK |

**MOTION FOR RULE 2004 EXAMINATION AND NOTICE REGARDING JAMES P. BREEN IN HIS INDIVIDUAL CAPACITY**

Pursuant to Rule 2004, Fed. R. Bankr. P., Movant Keystone Real Estate Lending Fund L.P. ("Movant-Secured Creditor") by the undersigned attorney, moves for examination of James P. Breen, in his individual capacity, ("Breen") on December 30, 2019, at the law offices of Dinn, Hochman & Potter, LLC, 5910 Landerbrook Drive, Suite 200, Cleveland, Ohio 44124 at 1:30 p.m., or at such other time as is convenient for all parties on or before January 3, 2020, and in support of this Motion states:

1. Movant-Secured Creditor is a party in interest, being a creditor of Debtor.

2. The proposed examination relates to:

    (a) Debtor's Motion to Sell [Doc. 16], Keystone's objection thereto [Doc. 26], Movant's Motion to Dismiss Case, or Alternatively, for Relief from Stay [Doc. 24] and Debtor's objection thereto [Doc. Nos. 37, 40] ("Contested Matters");

    (b) The acts, conduct and property of the Debtor and the liabilities and financial condition of the Debtors; and

    (c) Other matters that may affect the administration of the Debtors' estate, namely Debtors ' post-petition conduct and activities.

1

3. By Scheduling Order dated December 11, 2019 [Doc. 48], this Court has scheduled the Contested Matters for hearing on January 16, 2020 with a discovery cut-off date of January 3, 2020.

4. The proposed examination is necessary to properly prepare for hearings/trial of the Contested Matters.

WHEREFORE, Movant Keystone Real Estate Lending Fund L.P. moves for the examination on December 30, 2019, at the law offices of Dinn, Hochman & Potter, LLC, 5910 Landerbrook Drive, Suite 200, Cleveland, Ohio 44124 at 1:30 p.m. of Breen, pursuant to Rule 2004, Fed. R. Bankr. P. and prays for such other and further relief as is just and proper.

    Respectfully Submitted,

    DINN, HOCHMAN & POTTER, LLC

    /s/ Robert W. McIntyre
    BENJAMIN D. CARNAHAN (0079737)
    ROBERT W. MCINTYRE (0006768)
    5910 Landerbrook Drive, Suite 200
    Cleveland, Ohio 44124
    Telephone: (440) 446-1100
    Facsimile: (440) 446-1240
    E-Mail: rmcintyre@dhplaw.com
    Attorneys for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                DINN, HOCHMAN & POTTER, LLC

                /s/ Robert W. McIntyre
                BENJAMIN D. CARNAHAN (0079737)
                ROBERT W. MCINTYRE (0006768)
                Attorneys for Creditor