## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:

2265 ENTERPRISE EAST, LLC,

Debtor.

CASE NO. 19-52510-amk

Chapter 11

JUDGE ALAN M. KOSCHIK

**NOTICE OF WITHDRAWAL OF
MOTION TO LIMIT AND
SHORTEN NOTICE OF RULE 2004
MOTIONS [DOC. 65]**

Creditor, Keystone Real Estate Lending Fund L.P. ("Creditor"), hereby withdraws its Motion to Limit and Shorten Notice of Rule 2004 Motions [Doc. 65] filed on December 19, 2019 in the above-captioned matter.

Respectfully Submitted,

DINN, HOCHMAN & POTTER, LLC

/s/ Robert W. McIntyre
BENJAMIN D. CARNAHAN (0079737)
ROBERT W. MCINTYRE (0006768)
5910 Landerbrook Drive, Suite 200
Cleveland, Ohio  44124
Telephone: (440) 446-1100
Facsimile:  (440) 446-1240
E-Mail: rmcintyre@dhplaw.com
Attorneys for Creditor

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2019, the foregoing Notice of Withdrawal of Motion to Limit and Shorten Notice of Rule 2004 Motions [Doc. 65] was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DINN, HOCHMAN & POTTER, LLC


/s/ Robert W. McIntyre
ROBERT W. MCINTYRE (0006768)
Attorneys for Creditor