**This document was signed electronically on December 19, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: December 19, 2019**



**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: 2265 Enterprise East LLC, | ) | Case No. 19-52510 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Koschik |
| | ) | |

---

**ORDER AUTHORIZING EMPLOYMENT OF COFFEY LAW LLC AND
THOMAS W. COFFEY AS LEAD BANKRUPTCY COUNSEL FOR THE DEBTOR**

---

Upon the Application of the Debtor for an Order Authorizing the Employment of Coffey Law LLC and Thomas W. Coffey as Lead Bankruptcy Counsel for the Debtor (the "Application"), the Court hereby finds as follows:

A. This Court has jurisdiction over this matter under 28 U.S.C.§§ 157 and 1334;

B. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409;

C. This is a core proceeding under 28 U.S.C. § 157(b)(2);

D. The employment of Coffey Law LLC and Thomas W. Coffey as legal counsel for the Debtor is in the best interests of the Debtor, the estate, and all creditors and parties in interest;

E. Adequate notice of the Application has been provided and no further notice is necessary;

F. No objection to the Application has been lodged, or any objections have been withdrawn or heard and overruled;

G. Neither Coffey Law LLC nor Thomas W. Coffey holds or represents any interest adverse to the Debtor or its estate;

H. Coffey Law LLC and Thomas W. Coffey are each "disinterested persons" as defined in Section 101 of the Bankruptcy Code; and

I. Good and sufficient cause exists for the relief requested in the Application, as set forth herein.

Therefore, it is hereby ORDERED as follows:

1. The Application is GRANTED.

2. Pursuant to 11 U.S.C. §§ 327 and 328, the Debtor is authorized to retain and employ Coffey Law LLC and Thomas W. Coffey as counsel as of the commencement of this Chapter 11 case, and counsel is authorized to perform the services set forth in the Application on behalf of the Debtor.

3. Coffey Law LLC and Thomas W. Coffey shall be compensated in accordance with the procedures set forth in the Application and in 11 U.S.C. §§ 330 and 331, such Bankruptcy Rules and Local Rules as are applicable, and any further orders of this Court.

`###

This Order Prepared By:

/s/Thomas W. Coffey (0046877)
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

Copies of the foregoing Order Authorizing the Employment of Coffey Law LLC and Thomas W. Coffey as Bankruptcy Counsel for the Debtor were served upon the persons set forth below by the Court's electronic filing system:

Scott R. Belhorn, Esq. Trial Attorney for the U.S. Trustee.