**This document was signed electronically on December 26, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: December 26, 2019**



**ALAN M. KOSCHIK
U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: 2265 Enterprise East LLC, | ) | Case No. 19-52510 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Koschik |
| | ) | |

---

**ORDER SHORTENING NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AGREED ORDER DISMISSING BANKRUPTCY CASE**

---

Upon the Motion of the Debtor for an Order Shortening Notice of the Debtor's Motion for Entry of Agreed Order Dismissing Bankruptcy Case (Docket No. 73) (the "Motion"), the Court hereby finds as follows:

A. This case was commended on October 20, 2019, when the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code.

B. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C.§§ 1408 and 1409. This is a core proceeding under 28 U.S.C. §157(b)(2).

C. The Motion, if granted, will effectuate the resolution of a long and complicated dispute between the Debtor and its secured creditor, and will also result in payment by the secured creditor of real estate taxes due to the Summit County Fiscal Officer.

D. The Motion will not prejudice the rights of the Debtor's non-insider unsecured creditors, whose claims aggregate $19, 263.70.

E. The Motion provides for prompt payment of all fees due to the Office of the U.S. trustee.

F. The Agreement attached as an Exhibit to the Motion provides for comprehensive releases of claims among the parties to long-standing disputes on a consensual basis and is likely to conserve legal, judicial and economic resources for all parties.

THEREFORE, the Court hereby Orders as follows:

1. The Motion (Docket No. 73) is GRANTED as set forth herein.

2. The Debtor and its professionals are directed to attempt to notify unsecured creditors of the pendency of the Motion and the Friday deadline for responses by telephone or email, in addition to the mailing of the Motion.

3. Any party objecting to the Motion must file a written Objection no later than 5:00 p.m. on **Monday, December 30, 2019**, and serve the Objection on Counsel for the Debtor, and the Office of the U.S. Trustee; and

4. In the absence of Objections filed as set forth herein, the Court may enter the Agreed Order Dismissing Bankruptcy Case without further notice or hearing.

5. If objections are filed, and only if objections are filed, the Court will conduct a hearing on **Tuesday, December 31, 2019, at 9:30 a.m.** in Courtroom 260, John F. Seiberling Federal Building and U.S. Courthouse, 2 South Main Street, Akron Ohio, 44308.

###

This Order Prepared by:

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

Copies of the foregoing Order Shortening Notice of Motion for Entry of Agreed Order for Dismissal of Bankruptcy Case were served upon the persons set forth below by the Court's electronic filing system:

Scott R. Belhorn, Esq. Trial Attorney for the U.S. Trustee.

Robert D. Barr, Esq. Co-Counsel for the Debtor

Thomas W. Coffey, Esq. Counsel for the Debtor

Gus Kallergis, Esq. Counsel for the Receiver

Benjamin D. Carnahan, Esq. Counsel for Keystone Real Estate Fund, L.P.

Christina Colleen Tizzano, Esq., Counsel for James D. Breen

Robert W. McIntyre, Esq. Counsel for Keystone Real Estate Fund, L.P.

And were also served by U.S. Mail on the creditors set forth on the attached Matrix:

3

19-52510-amk    Doc 78    FILED 12/26/19    ENTERED 12/26/19 11:43:08    Page 3 of 4

Always Green Landscaping
P.O. Box 758
Twinsburg, OH 44087

Caito & Associates
2744 Mayfield Road
Cleveland Heights, OH 44121

Collins & Scanlon LLP
3300 Terminal Tower
50 Public Square
Cleveland, OH 44113-2289

Kristen M. Scalise
Summit County Fiscal Officer
175 South Main Street, Ste 320
Akron, OH 44308-1353

The Hartford
P.O. Box 660916
Dallas, TX 75266

The Schadick Law Firm, LLC
2000 Auburn Drive, Suite 200
Beachwood, OH 44122