This document was signed electronically on December 31, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  December 31, 2019



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: 2265 Enterprise East LLC, | ) | Case No. 19-52510 |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Koschik |
| | ) | |

---

### AGREED ORDER DISMISSING BANKRUPTCY CASE
---

Upon the Motion of the Debtor for the Entry of an Agreed Order Dismissing Bankruptcy

Case, the Court hereby finds as follows:

A.  This case was commended on October 20, 2019, when the Debtor filed a Voluntary

Petition for Relief under Chapter 11 of the U.S. Bankruptcy Code.

B.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C.§§ 1408 and 1409. This is a core proceeding under 28 U.S.C. §157(b)(2).

C.  The Debtor filed its Motion for Entry of Agreed Order Dismissing Bankruptcy Case (the "Motion") [Docket No. 72] on December 23, 2019, together with a Motion to Shorten Notice [Docket No. 73].

D.  The Motion included an Agreement between the Debtor, its secured Creditor ("Keystone") and a Receiver, Zak Burkons (the "Receiver"), appointed by the Summit County Court of Common Pleas in December of 2018 (the "Agreement").

E.  The Agreement provides for mutual releases between the Debtor and Keystone and the Receiver, as well as the consummation of a sale of the debtor's real estate which will net the Debtor $55,000 as well as releases of all claims against the Debtor and its principal by Keystone and the Receiver.

F.  The Agreement also provides for releases to be given by the Debtor to the Receiver and Keystone, and for payment of fees owed to the Office of the U.S. Trustee.

G.  Because the Agreement will implement the sale of the real estate after the dismissal of the case if the Motion is granted, it will result in the payment by Keystone of all taxes and assessments due to the Summit County Fiscal officer, the debtor's second-largest creditor.

H.  The Debtor's five non-insider unsecured creditors will not be prejudiced by the granting of the Agreed Order Dismissing the Case, because their claims will remain intact, and the debtor will have additional resources available (the sale proceeds) to implement the resolution of the claims. The unsecured non-insider claims aggregate $19,263.70.

2

THEREFORE, the Court hereby Orders as follows:

1. The Motion is GRANTED, and this case is hereby DISMISSED.

### 

The terms of this Order are Agreed to by the Debtor and by Keystone, as evidenced by

the electronic signatures of their counsel below.

/s/Benjamin D. Carnahan
Benjamin D. Carnahan (0079737)
Dinn, Hochman & Potter, LLC
5910 Landerbrook Drive Ste 200
Cleveland, OH 44124
(440) 544-1135
bcarnahan@dhplaw.com

Counsel for Keystone Real Estate
Lending fund, L.P.

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OPH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

Counsel for 2265 Enterprise East
LLC


**NO OBJECTION**:
/s/ Scott R. Belhorn_____
Scott R. Belhorn (0080094)
Office of the U. S. Trustee
201 Superior Avenue, Suite 441
Cleveland, OH 44114-1240
(216) 522-7800 x 260
scott.r.belhorn@usdoj.gov

Trial Attorney for the Office
Of the U.S. Trustee


This Order Prepared by:
/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

Copies of the foregoing Agreed Order Dismissing Bankruptcy Case were served upon the persons set forth below by the Court's electronic filing system:

Scott R. Belhorn, Esq. Trial Attorney for the U.S. Trustee.

Robert D. Barr, Esq. Co-Counsel for the Debtor

Thomas W. Coffey, Esq. Counsel for the Debtor

Gus Kallergis, Esq. Counsel for the Receiver

Benjamin D. Carnahan, Esq. Counsel for Keystone Real Estate Fund, L.P.

Christina Colleen Tizzano, Esq., Counsel for James D. Breen

Robert W. McIntyre, Esq. Counsel for Keystone Real Estate Fund, L.P.

And by U.S. Mail to the parties whose names are set forth below:

Always Green Landscaping
P.O. Box 758
Twinsburg, OH 44087

Caito & Associates
2744 Mayfield Road
Cleveland Heights, OH 44121

Collins & Scanlon LLP
3300 Terminal Tower
50 Public Square
Cleveland, OH 44113-2289

Kristen M. Scalise
Summit County Fiscal Officer
175 South Main Street, Ste 320
Akron, OH 44308-1353

The Hartford
P.O. Box 660916
Dallas, TX 75266

The Schadick Law Firm, LLC
2000 Auburn Drive, Suite 200
Beachwood, OH 44122